opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2015).

**L.A.B., Respondent,**

v.

**B.G.M., Appellant.**

**No. ED 102862**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: May 17, 2016

FOR APPELLANT: Cherlyn M. Crosby, Brittany A. Brown, Three City Place Dr., Ste. 600, St. Louis, MO 63141.

FOR RESPONDENT: Frank A. Conard, 4011 North St. Peters Pkwy., Ste. 200, St. Peters, MO 63304, Henry Gerhardt, Guardian Ad Litem, P.O. Box 1072, St. Charles, MO 63302.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM.

B.G.M. appeals the trial court's judgment denying his motion to modify physical and legal custody of the parties' child, denying his motion to modify his child support obligation to L.A.B., ordering him to pay guardian ad litem fees, and denying his request for attorney's fees. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Rico COMBS, Defendant / Appellant.**

**No. ED 102798**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

FILED: May 17, 2016

ATTORNEY FOR APPELLANT: Gwenda Renee' Robinson, Missouri Public Defender Office, 1010 Market Street, Suite 1100, St. Louis, MO 63101.

ATTORNEY FOR RESPONDENT: Chris Koster, Attorney General, Rachel Sara Flaster, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.